USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEDRO GUZMAN,

                               Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
-----------------------------------------------------------X

19 CIVIL 8878 (PAE) (BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2020, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing.

**Dated:** New York, New York
            February 4, 2020

                                                    RUBY J. KRAJICK
                                                _____
                                                       Clerk of Court
                                        BY:
                                                       Deputy Clerk

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 2/4/2020